**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*2:12 pm, Sep 19, 2019*
**JEFFREY P. COLWELL, CLERK**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   19-cr-00398-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANIEL ALFRED GALLEGOS,

    Defendant.

---

## INDICTMENT

---

The Grand Jury charges:

### COUNT 1

On or about August 17, 2019, in the State and District of Colorado, the defendant, DANIEL ALFRED GALLEGOS, did knowingly transmit in interstate and foreign commerce a communication, namely a letter mailed using the United States Postal Service to the Bradford County, Florida, Sheriff's Office, containing a threat to kidnap and injure women between the ages of fifteen and thirty.

All in violation of Title 18, United States Code, Section 875(c).

### COUNT 2

On or about August 17, 2019, in the State and District of Colorado, the defendant, DANIEL ALFRED GALLEGOS, did knowingly transmit in interstate and

foreign commerce a communication, namely a letter mailed using the United States Postal Service to the Seattle, Washington, Police Department, containing a threat to kidnap and injure women between the ages of fifteen and thirty.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

JASON R. DUNN
United States Attorney

By: *s/ Jeremy Chaffin*
Jeremy Chaffin
Assistant U.S. Attorney
U.S. Attorney's Office
205 North 4th Street, Suite 400
Grand Junction, CO 81501
Tel: (970) 257-7113
Fax: (970) 248-3630
E-mail: jeremy.chaffin@usdoj.gov
Attorney for Government